458 A.2d 262

Commonwealth v. Carrero, Appellant.

Submitted October 19,

1982. John Elder, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.